389 Pa. 168 (1957)
McManus
v.
Pennsylvania Electric Company, Appellant.
Supreme Court of Pennsylvania.
Argued April 23, 1957.
May 27, 1957.
Before JONES, C.J., BELL, CHIDSEY, MUSMANNO, ARNOLD, JONES and COHEN, JJ.
*169 Frank B. Quinn, with him Quinn, Leemhuis, Plate & Dwyer, for appellant.
James A. Quisenberry, for appellees.
OPINION PER CURIAM, May 27, 1957:
The judgment of the court below is affirmed on the opinion of Judge ROBERTS, 8 D. & C. 2d 303.